IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 05-0354 (EGS) |
| | ) |
| COREY WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF CHANGE IN COUNSEL FROM
THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender David Bos has assumed responsibility for the defense of Mr. Corey Williams in the above-captioned case.

Mr. Williams's case had previously been assigned to Assistant Federal Public Defender Michelle Peterson.

Respectfully submitted,

/s/
David Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500