UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-354 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **COREY WILLIAMS.** | : | |

## ORDER

After consideration of the oral motion of the Defendant, Corey Williams, by and through his attorney in open Court, the Court finds that for the reasons stated in Court on October 3, 2005, that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is this _____ day of _____, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from October 3, 2005 to October 25, 2005 shall be excluded in computing the date for speedy trial in this case.

_____  _____
DATE                             EMMET G. SULLIVAN
                                 U.S. DISTRICT COURT JUDGE