IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr No: 05-354 (EGS)** |
| **V.** | : | |
| | : | |
| **COREY WILLIAMS** | : | |

**LINE ENTERING APPEARANCE**

_____Please enter the appearance of attorney Matthew Davies as private counsel for the Defendant in the above captioned case.

Respectfully submitted,

_____
Matthew Davies
6801 Kenilworth Ave. #202
Riverdale, MD 20737
(301) 699-0764

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing line has been served by mail to Amy Jeffress USAO, 555 Fourth Street, NW, Washington, DC 20530 on this 18th day of October 2005.

_____
Matthew Davies