UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-354 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **COREY WILLIAMS** | : | |

### NOTICE OF ASSIGNMENT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Wendy L. Short at telephone number (202) 514-1885 and/or email address Wendy.Short@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Wendy L. Short
Assistant United States Attorney
Narcotics Section, Bar No. 461801
555 4th Street, N.W.  Room 4245
Washington, DC 20530
(202) 514-1885

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorney for the defendants, Mary Petras, 625 Indiana Avenue, NW Suite 5550 Washington, DC 20004

_____
Assistant United States Attorney