UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-354 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **COREY WILLIAMS** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Wendy L. Short, at telephone number (202) 514-1885 and/or email address Wendy. Short@usdoj.gov. Ms. Short will substitute for Assistant United States Attorney Amy Jeffress as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney

        _____
        Wendy L. Short
        Assistant United States Attorney
        Narcotics Section, Bar No. 461-801
        555 4th Street, NW, Room 4245
        Washington, DC 20530
        (202) 514-1885