UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-354(EGS) |
| v. | : | **FILED** |
| COREY WILLIAMS | : | OCT 2 5 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

After consideration of the reasons stated by the parties in open Court October 25, 2005, the Court finds that for those stated reasons, that the interest and ends of justice are best served and outweigh the interest of the public and the defendant in a speedy trial, and accordingly it is this 25th day of October, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from October 25, 2005 to Nov. 4, 2005 shall be excluded in the computing the date for speedy trial in this case.

10/25/05
DATE

EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE