UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY WILLIAMS | Criminal No. 05-354(EGS) |

**GOVERNMENT'S MOTION TO**
**DISMISS THE INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to F.R.Crim. P. 48 (a) moves to dismiss, without prejudice, the indictment in the above-styled case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
WENDY L. SHORT
Assistant United States Attorney
Narcotics Section,
Bar No. 461-801
555 4th Street, NW, Fourth Floor
Washington, D.C. 20001
(202)514-1885

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**COREY WILLIAMS** | Criminal No. 05-354(EGS) |

### ORDER

Having reviewed the Government's Motion to Dismiss, the Court hereby, pursuant to F. R.Crim. P. 48(a), dismisses the indictment without prejudice**.**

IT IS SO ORDERED.

Date:_____                                    _____
The Honorable Emmet G. Sullivan
United States District Judge
 for the District of Columbia

2