## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No. 05-354(EGS)** |
| **v.** | |
| **COREY WILLIAMS** | |

## GOVERNMENT'S MOTION TO
## DISMISS THE INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to F.R.Crim. P. 48 (a) moves to dismiss, without prejudice, the indictment in the above-styled case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

WENDY L. SHORT
Assistant United States Attorney
Narcotics Section,
Bar No. 461-801
555 4th Street, NW, Fourth Floor
Washington, D.C. 20001
(202)514-1885

1