UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 05-354(EGS) |
| **v.** | |
| **COREY WILLIAMS** | |

### ORDER

Having reviewed the Government's Motion to Dismiss, the Court hereby, pursuant to F. R.Crim. P. 48(a), dismisses the indictment without prejudice**.**

IT IS SO ORDERED.

Date:_____

　　　　　　　　　　　　　　　　　　　　　The Honorable Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　 for the District of Columbia

2