UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-354(EGS) |
| v. | |
| COREY WILLIAMS | |

FILED
NOV - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Having reviewed the Government's Motion to Dismiss, the Court hereby, pursuant to F.R.Crim. P. 48(a), dismisses the indictment without prejudice.

IT IS SO ORDERED.

Date: 10/31/05

_____
The Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia

2